

# In the United States Court of Federal Claims
No. 18-176
(Filed: February 7, 2018)

```
*******************************
                              *
MICHAEL T. KISSIEDU,[1]       *
                              *
              Plaintiff,      *
                              *
        v.                    *
                              *
THE UNITED STATES,            *
                              *
              Defendant.      *
                              *
*******************************
```

**FILED**
**FEB - 7 2018**
U.S. COURT OF FEDERAL CLAIMS

## ORDER OF DISMISSAL

Michael T. Kissiedu[1] ("Plaintiff"), acting *pro se*, filed his complaint on February 2, 2018. In the complaint, Plaintiff charges the government with [1] patent and copyright infringement, [2] piracies and felonies committed on the high seas, [3] negligence, [4] violation of the Federal Courts Improvement Act of 1982, [5] violation of Article 1, Section 8, Clause 8 (patents and copyrights clause) and 10 (piracies and felonies clause) of the US Constitution, and [6] neglect of Article 36 of the State of Maryland Constitution. Compl. at 1-2. Plaintiff asks for "infinity dollars in perpetuity." *Id.* (capital letters omitted).

This Court recognizes that *pro se* litigants are entitled to greater leeway, however, a court "may dismiss *sua sponte* under Rule 12(b)(6), provided that the pleadings sufficiently evince a basis for that action." *Anaheim Gardens v. United States*, 444 F.3d 1309, 1315 (Fed. Cir. 2006). Here, Plaintiff accuses the government with myriad arguments without alleging any facts as a basis for these claims. Listing statutes is not enough; the complaint needs to allege facts that give rise to the claims. Because Plaintiff has no factual basis for his claims, the Court **DISMISSES** the complaint under Rule 12(b)(6). The Clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

ERIC G. BRUGGINK
Senior Judge
for
EDWARD J. DAMICH
Senior Judge

---

[1] Plaintiff's filing fee is waived for the sole purpose of issuing this order of dismissal.

1

7016 3010 0000 4308 3969